# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (26) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JARVIS ALLEN KING, | |
| Defendant. | |

___

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Kevin C. Cornwell, **LAW OFFICE OF KEVIN C. CORNWELL,** 102 South 29th Avenue West, Suite 206, Duluth, MN 55806, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

Defendant's Motion to Sever Defendant, [Docket No. 455], is **DENIED** without prejudice.

Dated: February 26, 2016　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　 JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　 Chief Judge
　　　　　　　　　　　　　　　　 United States District Court